

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2015

No. 04-14-00886-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**HAYS STREET BRIDGE RESTORATION GROUP** and Beatriz Valadez,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19589
Honorable David A. Canales, Judge Presiding

## O R D E R

In this accelerated appeal, the reporter's record was due to be filed with this court on January 19, 2015. *See* TEX. R. APP. P. 35.1(b). On January 30, 2015, court reporter Luis Duran, Jr. filed a notification of late record. He indicated the appellant has now made financial arrangements for the record and he requested a fifty-nine day extension of time to file the reporter's record until March 30, 2015.

The request is GRANTED IN PART. We ORDER court reporter Luis Duran, Jr. to file the reporter's record with this court by March 3, 2015. *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2015.

_____
Keith E. Hottle
Clerk of Court